# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Nova A. Bullock | Chapter: 13 |
| | Case Number: 15-46937 |
| Debtor(s). | Judge: Walter Shapero |
| _____/ | |

## PAYMENT ORDER

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (1)(A) (E.D.M.).

**IT IS HEREBY ORDERED** that Ford Motor Company, ("Payor"), at One American Road, Dearborn, MI 48126, immediately forward and make payable to:

Chapter 13 Trustee –TLT
P.O. Box 2039
Memphis, TN 38101-2039

$ 15.39 per week (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

.

**Signed on May 12, 2015**

                                                          **/s/ Walter Shapero**
                                                          **Walter Shapero**
                                                          **United States Bankruptcy Judge**