UNITED STATES BANKRUPTCY COURT

EASTERN DIVISION OF MICHIGAN

SOUTHERN DIVISION

In the Matter of:

Nova A. Bullock

Debtor(s).

Chapter 13
Case# 15-46937
JUDGE Maria Oxholm

Nova A. Bullock
1541 Wingate Blvd. Bldg. 18
Ypsilanti, MI 48198
XXX-XX-7842

_______________________________________/

**EX-PARTE MOTION SEEKING TO REDUCE TIME FOR INTERESTED PARTIES TO RESPOND TO DEBTOR'S NOTICE OF POST-CONFIRMATION PLAN MODIFICATION**

Pursuant to Local Bankruptcy Rule 9006-1(b), the Debtor asks the Court to reduce the amount of time that interested parties have to respond to its Notice of Post-Confirmation Plan Modification from 21 days to June 1, 2017, [Docket Number 61]. In support, the Debtor pleads the following:

1. The Debtor filed a Notice of Post-Confirmation Plan Modification on May 25, 2017.

2. The Debtor underwent surgery on or about March 28, 2017, and is off work. See Exhibit B.

3. The Debtor is not expected to go back to work until July 28, 2017.

4. The Debtor is receiving short term disability compensation, but the disability compensation amounts to about a $75 a week reduction in income.

5. Due to her reduced income, the Debtor has fallen behind on monthly bills such as her utilities.

6. The Debtor cannot afford to wait for the full 21 day Notice period to expire before her proposed Post-Confirmation Plan Modification takes effect.

7. It is highly unlikely any Creditor would objection to the Proposed Plan Modification as the Debtor currently has a 204.97 percent payment history, and there are no secured or priority creditors being paid through the Plan.

Wherefore the Debtor asks the Court to reduce the time for interested parties to respond to the Debtor's Notice of Post-Confirmation Plan Modification to June 1, 2017.

Dated: May 25, 2017

Respectfully Submitted,

/s/ Thomas Paluchniak

Thomas H. Paluchniak
Babut Law Offices P.L.L.C.
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000
tpaluchniak@babutlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DIVISION OF MICHIGAN

SOUTHERN DIVISION

In the Matter of:

Nova A. Bullock

Chapter 13
Case# 15-46937
JUDGE Maria Oxholm

Debtor(s).

Nova A. Bullock
1541 Wingate Blvd. Bldg. 18
Ypsilanti, MI 48198
XXX-XX-7842
_______________________________________/

**ORDER REDUCING TIME FOR INTERESTED PARTIES TO RESPOND TO DEBTOR'S NOTICE OF POST-CONFIRMATION PLAN MODIFICATION**

This matter coming before the Court upon the Debtor's Motion; no parties appearing to be prejudiced, and the Court being sufficiently informed:

**IT IS ORDERED** that interested parties have until June 1, 2017, to file a response to the Debtor's Notice of Post-Confirmation Plan Modification [Docket Number 61].

**IT IS FURTHER ORDERED** that a party aggrieved by this Order may move for dissolution of the Order.

**Exhibit A**



ORTHOPEDIC SURGERY ASSOCIATES
Ann Arbor/Ypsilanti • Michigan Orthopedic Center •5315 Elliott Drive, Suite 301, Ypsilanti, MI 48197 • 734-572-4500
Canton • St. Joseph Mercy Canton• 1600 S. Canton Center Rd., Suite 2200, Canton, MI 48188 • 734-397-4881
Saline • Saline Professional Building • 400 W. Russell St., Suite 2100, Saline, MI 48176 • 734-572-4500

DATE 3/17/17

**TO WHOM IT MAY CONCERN:**

Nova Bullock **has been under my care.**

Nova's Ⓛ total knee arthroplasty is scheduled for 3-28-17 at St. Joseph Mercy Hosp.

Robert A Young MD

Kristopher J. Aalderink, MD
Brian A. Borden, MD
Victor N Hakim, MD
David H. Janda, MD
Andrew M. Moore, MD
Donald E. Wild, MD
Robert A. Young, MD
Courtney Estala, PA-C

97002-017 N 8/16 (M)

PRINT INQUIRY

Close Window

Click Here to Print this Page

| 15-46937-MLO | Nova A. Bullock (xxx-xx-7842) | 1541 Wingate Blvd., Building 18 • • Ypsilanti • MI • 48198 | $204.35 WK | Bar Date(s): | 9/21/2015 (has passed) 12/20/2015 (has passed) |
|---|---|---|---|---|---|
| | | | | Confirmed: | 10/9/2015 |
| | Trustee: Tammy L. Terry | Attorney: Babut Law Offices, PLLC | | Case Status: | AUDIT PENDING T9 (10/9/2020) |

The data on these pages has not been audited and is provided for general information only.

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 5/30/2015 | 5.00 | $66.70 | MONTHLY | FORD MOTOR COMPANY | 4/30/2015 | None |
| 10/30/2015 | 14.00 | $15.39 | WEEKLY | FORD MOTOR COMPANY | 10/9/2015 | None |
| 2/5/2016 | 39.00 | $71.61 | WEEKLY | FORD MOTOR COMPANY | 10/9/2015 | None |
| 11/4/2016 | 69.00 | $204.35 | WEEKLY | FORD MOTOR COMPANY | 10/9/2015 | None |
| 3/2/2018 | 61.00 | $231.28 | WEEKLY | FORD MOTOR COMPANY | 10/9/2015 | None |
| 5/3/2019 | end of plan | $273.60 | WEEKLY | FORD MOTOR COMPANY | 10/9/2015 | None |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 5/30/2015 | 6/29/2015 | $66.70 | $66.70 |
| 2 | 6/30/2015 | 7/29/2015 | $66.70 | $133.40 |
| 3 | 7/30/2015 | 8/29/2015 | $66.70 | $200.10 |
| 4 | 8/30/2015 | 9/29/2015 | $66.70 | $266.80 |
| 5 | 9/30/2015 | 10/29/2015 | $66.70 | $333.50 |
| Total | | | | **$333.50** |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 10/30/2015 | 11/5/2015 | $15.39 | $15.39 |
| 2 | 11/6/2015 | 11/12/2015 | $15.39 | $30.78 |
| 3 | 11/13/2015 | 11/19/2015 | $15.39 | $46.17 |
| 4 | 11/20/2015 | 11/26/2015 | $15.39 | $61.56 |
| 5 | 11/27/2015 | 12/3/2015 | $15.39 | $76.95 |
| 6 | 12/4/2015 | 12/10/2015 | $15.39 | $92.34 |
| 7 | 12/11/2015 | 12/17/2015 | $15.39 | $107.73 |
| 8 | 12/18/2015 | 12/24/2015 | $15.39 | $123.12 |
| 9 | 12/25/2015 | 12/31/2015 | $15.39 | $138.51 |
| 10 | 1/1/2016 | 1/7/2016 | $15.39 | $153.90 |
| 11 | 1/8/2016 | 1/14/2016 | $15.39 | $169.29 |
| 12 | 1/15/2016 | 1/21/2016 | $15.39 | $184.68 |
| 13 | 1/22/2016 | 1/28/2016 | $15.39 | $200.07 |
| 14 | 1/29/2016 | 2/4/2016 | $15.39 | $215.46 |
| Total | | | | **$215.46** |

Payments Expected for Step 3:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 2/5/2016 | 2/11/2016 | $71.61 | $71.61 |
| 2 | 2/12/2016 | 2/18/2016 | $71.61 | $143.22 |
| 3 | 2/19/2016 | 2/25/2016 | $71.61 | $214.83 |
| 4 | 2/26/2016 | 3/3/2016 | $71.61 | $286.44 |
| 5 | 3/4/2016 | 3/10/2016 | $71.61 | $358.05 |
| 6 | 3/11/2016 | 3/17/2016 | $71.61 | $429.66 |
| 7 | 3/18/2016 | 3/24/2016 | $71.61 | $501.27 |
| 8 | 3/25/2016 | 3/31/2016 | $71.61 | $572.88 |
| 9 | 4/1/2016 | 4/7/2016 | $71.61 | $644.49 |
| 10 | 4/8/2016 | 4/14/2016 | $71.61 | $716.10 |
| 11 | 4/15/2016 | 4/21/2016 | $71.61 | $787.71 |
| 12 | 4/22/2016 | 4/28/2016 | $71.61 | $859.32 |
| 13 | 4/29/2016 | 5/5/2016 | $71.61 | $930.93 |

| | | | | |
|---|---|---|---|---|
| 14 | 5/6/2016 | 5/12/2016 | $71.61 | $1,002.54 |
| 15 | 5/13/2016 | 5/19/2016 | $71.61 | $1,074.15 |
| 16 | 5/20/2016 | 5/26/2016 | $71.61 | $1,145.76 |
| 17 | 5/27/2016 | 6/2/2016 | $71.61 | $1,217.37 |
| 18 | 6/3/2016 | 6/9/2016 | $71.61 | $1,288.98 |
| 19 | 6/10/2016 | 6/16/2016 | $71.61 | $1,360.59 |
| 20 | 6/17/2016 | 6/23/2016 | $71.61 | $1,432.20 |
| 21 | 6/24/2016 | 6/30/2016 | $71.61 | $1,503.81 |
| 22 | 7/1/2016 | 7/7/2016 | $71.61 | $1,575.42 |
| 23 | 7/8/2016 | 7/14/2016 | $71.61 | $1,647.03 |
| 24 | 7/15/2016 | 7/21/2016 | $71.61 | $1,718.64 |
| 25 | 7/22/2016 | 7/28/2016 | $71.61 | $1,790.25 |
| 26 | 7/29/2016 | 8/4/2016 | $71.61 | $1,861.86 |
| 27 | 8/5/2016 | 8/11/2016 | $71.61 | $1,933.47 |
| 28 | 8/12/2016 | 8/18/2016 | $71.61 | $2,005.08 |
| 29 | 8/19/2016 | 8/25/2016 | $71.61 | $2,076.69 |
| 30 | 8/26/2016 | 9/1/2016 | $71.61 | $2,148.30 |
| 31 | 9/2/2016 | 9/8/2016 | $71.61 | $2,219.91 |
| 32 | 9/9/2016 | 9/15/2016 | $71.61 | $2,291.52 |
| 33 | 9/16/2016 | 9/22/2016 | $71.61 | $2,363.13 |
| 34 | 9/23/2016 | 9/29/2016 | $71.61 | $2,434.74 |
| 35 | 9/30/2016 | 10/6/2016 | $71.61 | $2,506.35 |
| 36 | 10/7/2016 | 10/13/2016 | $71.61 | $2,577.96 |
| 37 | 10/14/2016 | 10/20/2016 | $71.61 | $2,649.57 |
| 38 | 10/21/2016 | 10/27/2016 | $71.61 | $2,721.18 |
| 39 | 10/28/2016 | 11/3/2016 | $71.61 | $2,792.79 |
| Total | | | | **$2,792.79** |

Payments Expected for Step 4:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 11/4/2016 | 11/10/2016 | $204.35 | $204.35 |
| 2 | 11/11/2016 | 11/17/2016 | $204.35 | $408.70 |
| 3 | 11/18/2016 | 11/24/2016 | $204.35 | $613.05 |
| 4 | 11/25/2016 | 12/1/2016 | $204.35 | $817.40 |
| 5 | 12/2/2016 | 12/8/2016 | $204.35 | $1,021.75 |
| 6 | 12/9/2016 | 12/15/2016 | $204.35 | $1,226.10 |
| 7 | 12/16/2016 | 12/22/2016 | $204.35 | $1,430.45 |
| 8 | 12/23/2016 | 12/29/2016 | $204.35 | $1,634.80 |
| 9 | 12/30/2016 | 1/5/2017 | $204.35 | $1,839.15 |
| 10 | 1/6/2017 | 1/12/2017 | $204.35 | $2,043.50 |
| 11 | 1/13/2017 | 1/19/2017 | $204.35 | $2,247.85 |
| 12 | 1/20/2017 | 1/26/2017 | $204.35 | $2,452.20 |
| 13 | 1/27/2017 | 2/2/2017 | $204.35 | $2,656.55 |
| 14 | 2/3/2017 | 2/9/2017 | $204.35 | $2,860.90 |
| 15 | 2/10/2017 | 2/16/2017 | $204.35 | $3,065.25 |
| 16 | 2/17/2017 | 2/23/2017 | $204.35 | $3,269.60 |
| 17 | 2/24/2017 | 3/2/2017 | $204.35 | $3,473.95 |
| 18 | 3/3/2017 | 3/9/2017 | $204.35 | $3,678.30 |
| 19 | 3/10/2017 | 3/16/2017 | $204.35 | $3,882.65 |
| 20 | 3/17/2017 | 3/23/2017 | $204.35 | $4,087.00 |
| 21 | 3/24/2017 | 3/30/2017 | $204.35 | $4,291.35 |
| 22 | 3/31/2017 | 4/6/2017 | $204.35 | $4,495.70 |
| 23 | 4/7/2017 | 4/13/2017 | $204.35 | $4,700.05 |
| 24 | 4/14/2017 | 4/20/2017 | $204.35 | $4,904.40 |
| 25 | 4/21/2017 | 4/27/2017 | $204.35 | $5,108.75 |
| 26 | 4/28/2017 | 5/4/2017 | $204.35 | $5,313.10 |
| 27 | 5/5/2017 | 5/11/2017 | $204.35 | $5,517.45 |
| 28 | 5/12/2017 | 5/18/2017 | $204.35 | $5,721.80 |
| 29 | 5/19/2017 | 5/25/2017 | $204.35 | $5,926.15 |
| 30 | 5/26/2017 | 6/1/2017 | $204.35 | $6,130.50 |
| 31 | 6/2/2017 | 6/8/2017 | $204.35 | $6,334.85 |
| 32 | 6/9/2017 | 6/15/2017 | $204.35 | $6,539.20 |
| 33 | 6/16/2017 | 6/22/2017 | $204.35 | $6,743.55 |
| 34 | 6/23/2017 | 6/29/2017 | $204.35 | $6,947.90 |
| 35 | 6/30/2017 | 7/6/2017 | $204.35 | $7,152.25 |
| 36 | 7/7/2017 | 7/13/2017 | $204.35 | $7,356.60 |
| 37 | 7/14/2017 | 7/20/2017 | $204.35 | $7,560.95 |
| 38 | 7/21/2017 | 7/27/2017 | $204.35 | $7,765.30 |

| | | | | |
|---|---|---|---|---|
| 39 | 7/28/2017 | 8/3/2017 | $204.35 | $7,969.65 |
| 40 | 8/4/2017 | 8/10/2017 | $204.35 | $8,174.00 |
| 41 | 8/11/2017 | 8/17/2017 | $204.35 | $8,378.35 |
| 42 | 8/18/2017 | 8/24/2017 | $204.35 | $8,582.70 |
| 43 | 8/25/2017 | 8/31/2017 | $204.35 | $8,787.05 |
| 44 | 9/1/2017 | 9/7/2017 | $204.35 | $8,991.40 |
| 45 | 9/8/2017 | 9/14/2017 | $204.35 | $9,195.75 |
| 46 | 9/15/2017 | 9/21/2017 | $204.35 | $9,400.10 |
| 47 | 9/22/2017 | 9/28/2017 | $204.35 | $9,604.45 |
| 48 | 9/29/2017 | 10/5/2017 | $204.35 | $9,808.80 |
| 49 | 10/6/2017 | 10/12/2017 | $204.35 | $10,013.15 |
| 50 | 10/13/2017 | 10/19/2017 | $204.35 | $10,217.50 |
| 51 | 10/20/2017 | 10/26/2017 | $204.35 | $10,421.85 |
| 52 | 10/27/2017 | 11/2/2017 | $204.35 | $10,626.20 |
| 53 | 11/3/2017 | 11/9/2017 | $204.35 | $10,830.55 |
| 54 | 11/10/2017 | 11/16/2017 | $204.35 | $11,034.90 |
| 55 | 11/17/2017 | 11/23/2017 | $204.35 | $11,239.25 |
| 56 | 11/24/2017 | 11/30/2017 | $204.35 | $11,443.60 |
| 57 | 12/1/2017 | 12/7/2017 | $204.35 | $11,647.95 |
| 58 | 12/8/2017 | 12/14/2017 | $204.35 | $11,852.30 |
| 59 | 12/15/2017 | 12/21/2017 | $204.35 | $12,056.65 |
| 60 | 12/22/2017 | 12/28/2017 | $204.35 | $12,261.00 |
| 61 | 12/29/2017 | 1/4/2018 | $204.35 | $12,465.35 |
| 62 | 1/5/2018 | 1/11/2018 | $204.35 | $12,669.70 |
| 63 | 1/12/2018 | 1/18/2018 | $204.35 | $12,874.05 |
| 64 | 1/19/2018 | 1/25/2018 | $204.35 | $13,078.40 |
| 65 | 1/26/2018 | 2/1/2018 | $204.35 | $13,282.75 |
| 66 | 2/2/2018 | 2/8/2018 | $204.35 | $13,487.10 |
| 67 | 2/9/2018 | 2/15/2018 | $204.35 | $13,691.45 |
| 68 | 2/16/2018 | 2/22/2018 | $204.35 | $13,895.80 |
| 69 | 2/23/2018 | 3/1/2018 | $204.35 | $14,100.15 |
| Total | | | | **$14,100.15** |

Payments Expected for Step 5:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 3/2/2018 | 3/8/2018 | $231.28 | $231.28 |
| 2 | 3/9/2018 | 3/15/2018 | $231.28 | $462.56 |
| 3 | 3/16/2018 | 3/22/2018 | $231.28 | $693.84 |
| 4 | 3/23/2018 | 3/29/2018 | $231.28 | $925.12 |
| 5 | 3/30/2018 | 4/5/2018 | $231.28 | $1,156.40 |
| 6 | 4/6/2018 | 4/12/2018 | $231.28 | $1,387.68 |
| 7 | 4/13/2018 | 4/19/2018 | $231.28 | $1,618.96 |
| 8 | 4/20/2018 | 4/26/2018 | $231.28 | $1,850.24 |
| 9 | 4/27/2018 | 5/3/2018 | $231.28 | $2,081.52 |
| 10 | 5/4/2018 | 5/10/2018 | $231.28 | $2,312.80 |
| 11 | 5/11/2018 | 5/17/2018 | $231.28 | $2,544.08 |
| 12 | 5/18/2018 | 5/24/2018 | $231.28 | $2,775.36 |
| 13 | 5/25/2018 | 5/31/2018 | $231.28 | $3,006.64 |
| 14 | 6/1/2018 | 6/7/2018 | $231.28 | $3,237.92 |
| 15 | 6/8/2018 | 6/14/2018 | $231.28 | $3,469.20 |
| 16 | 6/15/2018 | 6/21/2018 | $231.28 | $3,700.48 |
| 17 | 6/22/2018 | 6/28/2018 | $231.28 | $3,931.76 |
| 18 | 6/29/2018 | 7/5/2018 | $231.28 | $4,163.04 |
| 19 | 7/6/2018 | 7/12/2018 | $231.28 | $4,394.32 |
| 20 | 7/13/2018 | 7/19/2018 | $231.28 | $4,625.60 |
| 21 | 7/20/2018 | 7/26/2018 | $231.28 | $4,856.88 |
| 22 | 7/27/2018 | 8/2/2018 | $231.28 | $5,088.16 |
| 23 | 8/3/2018 | 8/9/2018 | $231.28 | $5,319.44 |
| 24 | 8/10/2018 | 8/16/2018 | $231.28 | $5,550.72 |
| 25 | 8/17/2018 | 8/23/2018 | $231.28 | $5,782.00 |
| 26 | 8/24/2018 | 8/30/2018 | $231.28 | $6,013.28 |
| 27 | 8/31/2018 | 9/6/2018 | $231.28 | $6,244.56 |
| 28 | 9/7/2018 | 9/13/2018 | $231.28 | $6,475.84 |
| 29 | 9/14/2018 | 9/20/2018 | $231.28 | $6,707.12 |
| 30 | 9/21/2018 | 9/27/2018 | $231.28 | $6,938.40 |
| 31 | 9/28/2018 | 10/4/2018 | $231.28 | $7,169.68 |
| 32 | 10/5/2018 | 10/11/2018 | $231.28 | $7,400.96 |
| 33 | 10/12/2018 | 10/18/2018 | $231.28 | $7,632.24 |

15-46937-mlo Doc 62 Filed 05/25/17 Entered 05/25/17 17:33:14 Page 8 of 11

| | | | | |
|---|---|---|---|---|
| 34 | 10/19/2018 | 10/25/2018 | $231.28 | $7,863.52 |
| 35 | 10/26/2018 | 11/1/2018 | $231.28 | $8,094.80 |
| 36 | 11/2/2018 | 11/8/2018 | $231.28 | $8,326.08 |
| 37 | 11/9/2018 | 11/15/2018 | $231.28 | $8,557.36 |
| 38 | 11/16/2018 | 11/22/2018 | $231.28 | $8,788.64 |
| 39 | 11/23/2018 | 11/29/2018 | $231.28 | $9,019.92 |
| 40 | 11/30/2018 | 12/6/2018 | $231.28 | $9,251.20 |
| 41 | 12/7/2018 | 12/13/2018 | $231.28 | $9,482.48 |
| 42 | 12/14/2018 | 12/20/2018 | $231.28 | $9,713.76 |
| 43 | 12/21/2018 | 12/27/2018 | $231.28 | $9,945.04 |
| 44 | 12/28/2018 | 1/3/2019 | $231.28 | $10,176.32 |
| 45 | 1/4/2019 | 1/10/2019 | $231.28 | $10,407.60 |
| 46 | 1/11/2019 | 1/17/2019 | $231.28 | $10,638.88 |
| 47 | 1/18/2019 | 1/24/2019 | $231.28 | $10,870.16 |
| 48 | 1/25/2019 | 1/31/2019 | $231.28 | $11,101.44 |
| 49 | 2/1/2019 | 2/7/2019 | $231.28 | $11,332.72 |
| 50 | 2/8/2019 | 2/14/2019 | $231.28 | $11,564.00 |
| 51 | 2/15/2019 | 2/21/2019 | $231.28 | $11,795.28 |
| 52 | 2/22/2019 | 2/28/2019 | $231.28 | $12,026.56 |
| 53 | 3/1/2019 | 3/7/2019 | $231.28 | $12,257.84 |
| 54 | 3/8/2019 | 3/14/2019 | $231.28 | $12,489.12 |
| 55 | 3/15/2019 | 3/21/2019 | $231.28 | $12,720.40 |
| 56 | 3/22/2019 | 3/28/2019 | $231.28 | $12,951.68 |
| 57 | 3/29/2019 | 4/4/2019 | $231.28 | $13,182.96 |
| 58 | 4/5/2019 | 4/11/2019 | $231.28 | $13,414.24 |
| 59 | 4/12/2019 | 4/18/2019 | $231.28 | $13,645.52 |
| 60 | 4/19/2019 | 4/25/2019 | $231.28 | $13,876.80 |
| 61 | 4/26/2019 | 5/2/2019 | $231.28 | $14,108.08 |
| Total | | | | **$14,108.08** |

Payments Expected for Step 6:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 5/3/2019 | 5/9/2019 | $273.60 | $273.60 |
| 2 | 5/10/2019 | 5/16/2019 | $273.60 | $547.20 |
| 3 | 5/17/2019 | 5/23/2019 | $273.60 | $820.80 |
| 4 | 5/24/2019 | 5/30/2019 | $273.60 | $1,094.40 |
| 5 | 5/31/2019 | 6/6/2019 | $273.60 | $1,368.00 |
| 6 | 6/7/2019 | 6/13/2019 | $273.60 | $1,641.60 |
| 7 | 6/14/2019 | 6/20/2019 | $273.60 | $1,915.20 |
| 8 | 6/21/2019 | 6/27/2019 | $273.60 | $2,188.80 |
| 9 | 6/28/2019 | 7/4/2019 | $273.60 | $2,462.40 |
| 10 | 7/5/2019 | 7/11/2019 | $273.60 | $2,736.00 |
| 11 | 7/12/2019 | 7/18/2019 | $273.60 | $3,009.60 |
| 12 | 7/19/2019 | 7/25/2019 | $273.60 | $3,283.20 |
| 13 | 7/26/2019 | 8/1/2019 | $273.60 | $3,556.80 |
| 14 | 8/2/2019 | 8/8/2019 | $273.60 | $3,830.40 |
| 15 | 8/9/2019 | 8/15/2019 | $273.60 | $4,104.00 |
| 16 | 8/16/2019 | 8/22/2019 | $273.60 | $4,377.60 |
| 17 | 8/23/2019 | 8/29/2019 | $273.60 | $4,651.20 |
| 18 | 8/30/2019 | 9/5/2019 | $273.60 | $4,924.80 |
| 19 | 9/6/2019 | 9/12/2019 | $273.60 | $5,198.40 |
| 20 | 9/13/2019 | 9/19/2019 | $273.60 | $5,472.00 |
| 21 | 9/20/2019 | 9/26/2019 | $273.60 | $5,745.60 |
| 22 | 9/27/2019 | 10/3/2019 | $273.60 | $6,019.20 |
| 23 | 10/4/2019 | 10/10/2019 | $273.60 | $6,292.80 |
| 24 | 10/11/2019 | 10/17/2019 | $273.60 | $6,566.40 |
| 25 | 10/18/2019 | 10/24/2019 | $273.60 | $6,840.00 |
| 26 | 10/25/2019 | 10/31/2019 | $273.60 | $7,113.60 |
| 27 | 11/1/2019 | 11/7/2019 | $273.60 | $7,387.20 |
| 28 | 11/8/2019 | 11/14/2019 | $273.60 | $7,660.80 |
| 29 | 11/15/2019 | 11/21/2019 | $273.60 | $7,934.40 |
| 30 | 11/22/2019 | 11/28/2019 | $273.60 | $8,208.00 |
| 31 | 11/29/2019 | 12/5/2019 | $273.60 | $8,481.60 |
| 32 | 12/6/2019 | 12/12/2019 | $273.60 | $8,755.20 |
| 33 | 12/13/2019 | 12/19/2019 | $273.60 | $9,028.80 |
| Total | | | | **$9,028.80** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 5/2015 | $66.70 | | | $66.70 |
| 2 | 6/2015 | $66.70 | $46.17 | | $87.23 |
| 3 | 7/2015 | $66.70 | $107.73 | | $46.20 |
| 4 | 8/2015 | $66.70 | $61.56 | | $51.34 |
| 5 | 9/2015 | $66.70 | $61.56 | | $56.48 |
| 6 | 10/2015 | $15.39 | $76.95 | | ($5.08) |
| 7 | 11/2015 | $61.56 | $61.56 | | ($5.08) |
| 8 | 12/2015 | $61.56 | $6,602.30 | | ($6,545.82) |
| 9 | 1/2016 | $76.95 | $76.95 | | ($6,545.82) |
| 10 | 2/2016 | $286.44 | $61.56 | | ($6,320.94) |
| 11 | 3/2016 | $286.44 | $4,165.42 | | ($10,199.92) |
| 12 | 4/2016 | $358.05 | $286.44 | | ($10,128.31) |
| 13 | 5/2016 | $286.44 | $161.12 | | ($10,002.99) |
| 14 | 6/2016 | $286.44 | $429.66 | | ($10,146.21) |
| 15 | 7/2016 | $358.05 | $358.05 | | ($10,146.21) |
| 16 | 8/2016 | $286.44 | $286.44 | | ($10,146.21) |
| 17 | 9/2016 | $358.05 | $286.44 | | ($10,074.60) |
| 18 | 10/2016 | $286.44 | $358.05 | | ($10,146.21) |
| 19 | 11/2016 | $817.40 | $358.05 | | ($9,686.86) |
| 20 | 12/2016 | $1,021.75 | $358.05 | | ($9,023.16) |
| 21 | 1/2017 | $817.40 | $756.27 | | ($8,962.03) |
| 22 | 2/2017 | $817.40 | $613.05 | | ($8,757.68) |
| 23 | 3/2017 | $1,021.75 | $1,430.45 | | ($9,166.38) |
| 24 | 4/2017 | $817.40 | $1,175.01 | | ($9,523.99) |
| 25 | 5/2017 | $613.05 | $817.40 | | ($9,728.34) |

**Total Delinquent Amount: ($9,728.34)**

Payments Expected vs Payments Received

15-46937-mlo Doc 62 Filed 05/25/17 Entered 05/25/17 17:33:14 Page 10 of 11

13Software

Total Delinquency Amount

