# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

CHAPTER 13
CASE NO. 15-46937-MLO
JUDGE MARIA L. OXHOLM

Nova A. Bullock, Debtor(s).

_____/

## TRUSTEE'S OBJECTION TO DEBTOR'S PROPOSED
## POST-CONFIRMATION CHAPTER 13 PLAN MODIFICATION

**NOW COMES,** the Chapter 13 Trustee, Tammy L. Terry, and objects to the debtor's proposed post-confirmation plan modification and states as follows:

1. The debtor filed for Chapter 13 relief on 4/30/2015. This matter was confirmed on 10/9/2015, which proposed weekly payments of $204.35 for sixty (60) months and 0% dividend to unsecured creditors. The terms of the confirmed Plan also requires the debtor(s) to remit 100% of future income tax refunds to the Trustee for the benefit of creditors.

2. The debtor filed a post confirmation plan modification requesting to:

   a. decrease the plan payments from $204.35 weekly to $129.00 weekly until August 1, 2017.
   b. the Chapter 13 Trustee shall refund to the debtor $600.00 of the money that is currently on hand as soon as practical.
   c. beginning May 25, 2017, through August 1, 2017, the Trustee shall return to the debtor any money the Trustee receives in excess of $50.00 a week.

3. The Trustee objects to the plan modification as it fails to indicate what the plan payment will be after August 1, 2017. The Trustee is unable to administer this modification without that information.

4. The Trustee requests clarification as to what is meant by the language that the Trustee will refund to the debtor any monies received in excess of $50.00 a week. The Trustee is unable to administer this plan modification without further information.

5. The Trustee notes that the debtor is obligated to remit 100% of future income tax refunds to the Plan. The Trustee states that it has not received any tax refunds or any information regarding the debtor(s) tax returns since Confirmation. The Trustee request copies of the debtor's 015 and 2016 tax returns to verify what amount, if any, is to be remitted to the Trustee pursuant to the terms of the confirmed Plan.

**WHEREFORE,** the Chapter 13 Trustee requests this Honorable Court deny the debtor's proposed plan modification and/or grant any relief this Court deems to be just and appropriate.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee

June 1, 2017

*/s/ TAMMY L. TERRY* _____
*/s/* **TAMMY L. TERRY (P-46254)**
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS - KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI  48226
(313) 967-9857
mieb_ecfadmin@det13.net

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**


**IN THE MATTER OF:**                          CHAPTER 13
                                               CASE NO. 15-46937-MLO
Nova A. Bullock, Debtor(s).                    JUDGE MARIA L. OXHOLM
_____/

### CERTIFICATE OF MAILING

I hereby certify that on June 2, 2017, a copy of **TRUSTEE'S OBJECTIONS TO DEBTOR'S POST-CONFIRMATION CHAPTER 13 PLAN MODIFICATION** was electronically filed with the Clerk of the Court, served via Electronic Court Filing and/or a copy of same was deposited in the U.S. Mail to debtor's(s)' attorney (if any) or the debtor(s), if unrepresented, at the address as it appears below.


*/s/ Patrice N. Watson*
Legal Assistant
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI  48226
(313) 967-9857
mieb_ecfadmin@det13.net



BABUT LAW OFFICES, PLLC
700 TOWNER STREET
YPSILANTI   MI   481980000



NOVA A. BULLOCK
1541 WINGATE BLVD., BUILDING 18
YPSILANTI   MI   481980000