# UNITED STATES BANKRUPTCY COURT
# EASTERN DIVISION OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:

Nova A. Bullock

                Debtor(s).

Nova A. Bullock
1541 Wingate Blvd. Bldg. 18
Ypsilanti, MI 48198
XXX-XX-7842
_____/

Chapter 13
Case# 15-46937
JUDGE Maria Oxholm

## STIPULATION RESOLVING
## TRUSTEE'S OBJECTION(S) TO THE DEBTOR'S
## PROPOSED PLAN MODIFICATION [Docket # 61]

The Debtor(s), through the undersigned counsel, and the Chapter 13 Trustee, agree to entry of the attached Order as to form and content, as evidenced by their signatures below.

Date: July 11, 2017

Respectfully Submitted,

/s/ Tammy Terry
Tammy Terry
Chapter 13 Trustee
535 Griswold,
Suite 2100
Detroit, MI 48226
(313) 226-7950
Mieb_ecfadmin@det13.net

/s/ Thomas Paluchniak
Thomas Paluchniak (P70284)
Attorney for Debtor
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000
tpaluchniak@babutlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DIVISION OF MICHIGAN

SOUTHERN DIVISION

In the Matter of:

Nova A. Bullock

Chapter 13
Case# 15-46937
JUDGE Maria Oxholm

            Debtor(s).

Nova A. Bullock
1541 Wingate Blvd. Bldg. 18
Ypsilanti, MI 48198
XXX-XX-7842
_____/

## ORDER RESOLVING TRUSTEE'S OBJECTION(S) TO THE DEBTOR'S PROPOSED PLAN MODIFICATION [Docket # 61]

This matter coming before the Court on the Trustee's Objection to the Debtor's Proposed Plan Modification [Docket # 61]; the parties having agreed to the terms herein; no party being prejudiced; and the Court being otherwise sufficiently advised in the matter:

**IT IS ORDERED** the Debtor's ongoing monthly Chapter 13 payments shall be reduced from $204.35 weekly to $129.00 weekly effective March 28, 2017.

**IT IS ORDERED** the Debtor's Plan payment shall be increased to $204.35 per week effective the 1st day of August, 2017 [vehicle loan paid off]; the Debtor's Plan payment shall be increased to $231.28 per week effective the 1st day of March, 2018 [401(k) loan paid off]; and the Debtor's Plan Payments shall be

increased to $273.60 per week effective May 1, 2019, until the end of the Plan [401(k) loan paid off].

    **IT IS ORDERED** that the Chapter 13 Trustee shall return to the Debtor $1,541.51 of the money the Debtor has paid into the Plan, as soon as the Trustee may reasonably do so [which is the money the Trustee received in access of the modified $129 a week from March 28, 2017, through July 31, 2017].

                          **EXHIBIT A**